UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ZEESHAN SHAIKH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:11-CV-354-PLR-CCS |
| | ) | |
| LINCOLN MEMORIAL UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that defendants' motion for summary judgment [Doc. 9] is **GRANTED,** and this case is **DISMISSED, with prejudice**.

The final pretrial conference scheduled for September 15, 2014, and the trial scheduled for September 23, 2014 are **CANCELLED.**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT